# United States Court of Appeals
## For the First Circuit

No. 00-2224

DELANOT BASTIEN,

Plaintiff, Appellant,

v.

WILLIAM GODDARD,

Defendant, Appellee.

ERRATA

The opinion of the court issued on February 1, 2002, is amended as follows:

On the cover sheet, the presiding trial judge should be changed to: [Hon. Charles B. Swartwood, III, U.S. Magistrate Judge].